THEODORE R. KUPFERMAN, as Receiver for Consolidated Research and Manufacturing Corporation, Appellant, v. MURRAY GLASSER, Respondent, et al., Defendants

Concur — Botein, P. J., Stevens, Capozzoli, Tilzer and Rabin, JJ.